HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
MADDIE G. WONG
Certified Law Student
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
TYLER DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TYLER DAVIS, <br><br> Defendant. | NO.  2:24-PO-00343-SCR <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE BENCH TRIAL <br><br> DATE:  March 3, 2025 <br> TIME:     9:00 a.m. <br> COURT: Hon. Sean C. Riordan |

**IT IS HEREBY STIPULATED** between the parties through their respective counsel, Assistant United States Attorney Alstyn Bennett, counsel for Plaintiff, Assistant Federal Defender Megan T. Hopkins, counsel for defendant, that the bench trial in this case be continued to **April 14, 2025, 9:00 a.m.**

This continuance is requested to accommodate defense counsel's scheduling issues after consulting with the Court and the government.

////

////

////

////

| | | |
|---|---|---|
| 1 | Dated: January 21, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Megan Hopkins*<br>MEGAN T. HOPKINS |
| 5 | | Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | |
| 7 | Date:   January 21, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| 8 | | |
| 9 | | */s/ Alstyn Bennett*<br>ALSTYN BENNETT |
| 10 | | Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

**IT IS HEREBY ORDERED** that the Bench Trial is continued to **April 14, 2025 at 9:00 a.m.**

Dated: January 21, 2025

*[signature]*

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE